
FILED
CLERK, U.S. DISTRICT COURT
OCT 12 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Jonathan Tejeda-Perez DEFENDANT(S). | CASE NUMBER CR17-0572-MWF-1 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _10/16/17_____, _____, at _2:30_____ ☐a.m. / ☒p.m. before the Honorable _Jean Rosenbluth_____, in Courtroom _690, 6th Floor_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _10/12/2017_

U.S. ~~District Judge~~/Magistrate Judge